| | |
|---|---|
| 1 | ROBERT E. WHITE (CSB No. 78567)<br>SUSAN C. RUSHAKOFF (CSB No. 115250) |
| 2 | LAW OFFICES OF ROBERT E. WHITE<br>177 Post Street, Suite 890 |
| 3 | San Francisco, CA 94108<br>Telephone: (415) 788-6151 |
| 4 | |
| 5 | Attorneys for defendant<br>ALWYN FAREY-JONES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE THEOFEL, an individual,<br>HOWARD TEIG, an individual,<br>DAVID KELLEY, an individual,<br>INTEGRATED CAPITAL ASSOCIATES,<br>IN.C, a Delaware Corporation,<br>NANCY RILETT, an individual,<br>RYAN TAM, an individual,<br>CLAUDIA ENGLISH, an individual,<br>TERESA PATTERSON, an individual,<br>DESIREE PATTERSON, an individual,<br>TANYA YOUNG, an individual,<br>ROBERTO MARSELLA, an individual,<br>REGINA OVENDEN, an individual,<br>EMIL PESIRI, an individual,<br>ERIC SULLIVAN, an individual,<br>DOUGLAS H. WOLF, an individual and<br>RICHARD BUCKINGHAM, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALWYN FAREY-JONES, an individual,<br>IRYNA A. KWASNY, an individual,<br><br>    Defendants. | No. C 01 4166 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING ACTION WITH<br>PREJUDICE**<br><br>(Fed. R. Civ. P. 41) |

    Pursuant to the settlement entered into on the record before the Honorable Bernard Zimmerman, United States Magistrate Judge, on June 10, 2005, the parties hereby stipulate and agree that this action shall be dismissed with prejudice, and, except as provided in the settlement agreement, each side to bear his, her or its respective attorney's fees and costs.

/ / / / /

Theofel et al v. Farey-Jones et al    Doc. 59

Dockets.Justia.com

SO STIPULATED.

Dated: August 29, 2005.  RICHARDSON INTELLECTUAL
PROPERTY LAW, PC

By: _____
DANIEL R. RICHARDSON

Attorneys for defendant Iryna M. Kwasny

SO STIPULATED.

Dated: August 25, 2005.  LAW OFFICES OF ROBERT E. WHITE

By: _____
ROBERT E. WHITE

Attorneys for Defendant Alwyn Farey-Jones

SO STIPULATED.

Dated: August 29, 2005.  IDELL, BERMAN, SEITEL & RUTCHIK, LLP

By: _____
RICHARD J. IDELL

Attorneys for Plaintiffs George Theofel, Howard Teig, David Kelley, Integrated Capital Associates, Inc., Nancy Rilett, Ryan Tam, Claudia English, Teresa Patterson, Desiree Patterson, Tanya Young, Roberto Marsella, Regina Ovenden, Emil Pesiri, Eric Sullivan, Douglas H. Wolf, and Richard Buckingham

ORDER APPROVING STIPULATION AND DISMISSING ACTION WITH PREJUDICE

The foregoing stipulation is approved and IT IS SO ORDERED. This action is hereby dismissed with prejudice, and, except as provided in the settlement agreement, each side bearing his, her or its respective attorney's fees and costs.

Dated: August ___, 2005.

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

e:\fjones\stipord-dism-01.doc

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell, Berman, Seitel & Rutchik LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On August 29, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell, Berman, Seitel & Rutchik LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Robert White, Esq. | Dan Richardson |
| Law Offices of Robert E. White | Richardson Intellectual Property Law |
| 177 Post Street #890 | 870 Market Street, Suite 400 |
| San Francisco, CA 94108 | San Francisco, CA 94102 |
| Fax: (415) 788-6154 | Fax: (415) 291-8391 |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
June Hight

PROOF OF SERVICE
Case No. C 01 4166 MMC