```
 1  ROBERT E. WHITE (CSB No. 78567)
    SUSAN C. RUSHAKOFF (CSB No. 115250)
 2  LAW OFFICES OF ROBERT E. WHITE
    177 Post Street, Suite 890
 3  San Francisco, CA 94108
    Telephone: (415) 788-6151
 4
    Attorneys for defendant
 5  ALWYN FAREY-JONES
```

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE THEOFEL, an individual,<br>HOWARD TEIG, an individual,<br>DAVID KELLEY, an individual,<br>INTEGRATED CAPITAL ASSOCIATES, INC, a Delaware Corporation,<br>NANCY RILETT, an individual,<br>RYAN TAM, an individual,<br>CLAUDIA ENGLISH, an individual,<br>TERESA PATTERSON, an individual,<br>DESIREE PATTERSON, an individual,<br>TANYA YOUNG, an individual,<br>ROBERTO MARSELLA, an individual,<br>REGINA OVENDEN, an individual,<br>EMIL PESIRI, an individual,<br>ERIC SULLIVAN, an individual,<br>DOUGLAS H. WOLF, an individual and<br>RICHARD BUCKINGHAM, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALWYN FAREY-JONES, an individual,<br>IRYNA A. KWASNY, an individual,<br><br>    Defendants. | No. C 01 4166 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41) |

Pursuant to the settlement entered into on the record before the Honorable Bernard Zimmerman, United States Magistrate Judge, on June 10, 2005, the parties hereby stipulate and agree that this action shall be dismissed with prejudice, and, except as provided in the settlement agreement, each side to bear his, her or its respective attorney's fees and costs.

/ / / / /

---

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

-1-

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | Dated: August 29, 2005. |

SO STIPULATED.

Dated: August 29, 2005.

RICHARDSON INTELLECTUAL PROPERTY LAW, PC

By: DANIEL R. RICHARDSON

Attorneys for defendant Iryna M. Kwasny

SO STIPULATED.

Dated: August 25, 2005.

LAW OFFICES OF ROBERT E. WHITE

By: ROBERT E. WHITE

Attorneys for Defendant Alwyn Farey-Jones

SO STIPULATED.

Dated: August 29, 2005.

IDELL, BERMAN, SEITEL & RUTCHIK, LLP

By: RICHARD J. IDELL

Attorneys for Plaintiffs George Theofel, Howard Teig, David Kelley, Integrated Capital Associates, Inc., Nancy Rilett, Ryan Tam, Claudia English, Teresa Patterson, Desiree Patterson, Tanya Young, Roberto Marsella, Regina Ovenden, Emil Pesiri, Eric Sullivan, Douglas H. Wolf, and Richard Buckingham

ORDER APPROVING STIPULATION AND DISMISSING ACTION WITH PREJUDICE

The foregoing stipulation is approved and IT IS SO ORDERED. This action is hereby dismissed with prejudice, and, except as provided in the settlement agreement, each side bearing his, her or its respective attorney's fees and costs.

Dated: August 30, 2005.

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

e:\fjones\stipord-dism-01.doc

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
-2-